THOMAS BROOKS, Respondent, v. HANNIBAL AND ST. JOSEPH RAILROAD COMPANY, Appellant.

*Practice.*—Judgment affirmed for failure by appellant to file transcript.

*Appeal from Buchanan Court of Common Pleas.*

*Ensworth*, for respondent.

BATES, Judge, delivered the opinion of the court.

The respondent produces in court a transcript of the record, from which it appears that an appeal was granted to the appellant more than thirty days before the beginning of this term of the court, and moves the court to affirm the judgment because the appellant has not filed a transcript of the record. His motion is granted, no cause having been shown to the contrary.

Judges Bay and Dryden concur.